FILED
12/18/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Emergency 2241 Motion.    Dec. 12, 2023

Robert J. Reid

vs

T. Rule                              2:23-cv-00576-MPB-MG

I have been locked since April 11, 2016 for a 924A. And I have be earning time credit (ETC) towards my release. I've earned 365 days due to the first step act (FSA) And 215 days Towards my RRC/HC day, but have not been getting the applied towards my release or my RRC/HC date. Because the warden T. Rule says I'm not an low or minimum Recidivism so he has been denying the days I've earned towards my Release date. But in the (FSA) it doesn't state that you can't apply the (ETC) days If your not an low or minimum recidivism. It states If your an high or Medium Recidivism, you can earn 10 days for every 30 days, And if your low or Minimum you can earn 15 days for every 30 days. I am just asking for this (ETC) to be corrected because the warden T. Rule says hes not going to grant it due to my high Recidivism. How can the warden T. Rule go against the (FSA) law?

Robert J. Reid #45904044