UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT J. REID, | ) |
|         Petitioner, | ) |
|         v. | ) No. 2:23-cv-00576-MPB-MG |
| T. RULE, | ) |
|         Respondent. | ) |

**ORDER DISMISSING HABEAS PETITION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 1. He is currently serving his sentence at the Federal Correctional Institution in Terre Haute, Indiana. He asserts that the Bureau of Prisons ("BOP") is wrongfully denying him time credits toward his sentence that he has earned under the First Step Act ("FSA"). Upon preliminary review of his petition, it appeared to the Court that Petitioner was statutorily ineligible to have the FSA time credits applied to his sentence. Accordingly, the Court ordered him to show cause why his habeas petition should not be dismissed. Dkt. 5 (citing 18 U.S.C. § 3624(g)). Petitioner was warned that his habeas petition would be dismissed if he did not timely respond. *Id.*

As of the writing of this Order, Petitioner has not responded to the Show Cause Order, and the deadline has passed. Nor has he paid the filing fee. Accordingly, his habeas petition under § 2241 is **dismissed with prejudice** for the reasons stated in the Show Cause Order. *See id.* Final

Judgment will issue by separate entry.

    IT IS SO ORDERED.

Dated: April 5, 2024

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

ROBERT J. REID
45904-044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808