UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT J. REID, | ) |
|     Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00576-MPB-MG |
| T. RULE, | ) ) ) |
|     Respondent. | ) |

### FINAL JUDGMENT

Robert J. Reid's petition for writ of habeas corpus is **denied** and the action is **dismissed with prejudice**.

Dated: April 5, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ROBERT J. REID
45904-044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808